Matthew Righetti, Cal. State Bar No. 121012
    *matt@righettilaw.com*
John Glugoski, Cal. State Bar No. 191551
    *jglugoski@righettilaw.com*
Michael C. Righetti, Cal. State Bar No. 258541
    *mike@righettilaw.com*
**RIGHETTI • GLUGOSKI P.C.**
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone   (415) 983-0900
Facsimile    (415) 397-9005

*Attorneys for Plaintiff*

[List of Additional Counsel Continued on Next Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH KHALILI; individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>COMERICA BANK, a Texas corporation; COMERICA INCORPORATED, a Delaware corporation; and COMERICA MANAGEMENT COMPANY, INC., a Michigan Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:11-CV-00759-SC<br>Honorable Samuel M. Conti<br><br>**[~~PROPOSED~~] ORDER**<br><br>*[Filed Concurrently with Stipulation for Protective Order]* |

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203

1. Gene Williams, Cal. State Bar No. 211390
    *GWilliams@InitiativeLegal.com*
2. Raul Perez, Cal. State Bar No. 174687
    *RPerez@InitiativeLegal.com*
3. Melissa Grant, Cal. State Bar No. 205633
    *MGrant@InitiativeLegal.com*
4. Arnab Banerjee, Cal. State Bar No. 252618
    *ABanerjee@InitiativeLegal.com*

**INITIATIVE LEGAL GROUP APC**
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone    (310) 556-5634
Facsimile    (310) 861-9051

Edwin Aiwazian, Cal. State Bar No. 232943
    *edwin@aiwazian.com*
Arby Aiwazian, Cal. State Bar No. 269827
    *arby@aiwazian.com*
Jill J. Parker, Cal. State Bar No. 274230
    *jill@aiwazian.com*
Maria F. Nickerson, Cal. State Bar No. 274225
    *maria@aiwazian.com*

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone   (661) 949-2595
Facsimile   (661) 265-7524

*Attorneys for* Plaintiffs

# [PROPOSED] O R D E R

Pursuant to the Parties' Stipulation for Protective Order, filed December 6, 2011, IT IS SO ORDERED.

DATED: February 7, 2012 ,

_____
Honorable Samuel M. Conti
Judge of the U.S. District Court

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203