```
 1  Raul Perez (SBN 174687)
    RPerez@InitiativeLegal.com
 2  Melissa Grant (SBN 205633)
    MGrant@InitiativeLegal.com
 3  Arnab Banerjee (SBN 252618)
    ABanerjee@InitiativeLegal.com
 4  INITIATIVE LEGAL GROUP APC
    1800 Century Park East, 2nd Floor
 5  Los Angeles, California 90067
    Telephone:  (310) 556-5637
 6  Facsimile:  (310) 861-9051

 7  Matthew Righetti (SBN 121012)        Edwin Aiwazian (SBN 232943)
    matt@righetti.com                    edwin@aiwazian.com
 8  John Glugoski (SBN 191551)           Arby Aiwazian (SBN 269827)
    jglugoski@righettilaw.com            arby@aiwazian.com
 9  Michael C. Righetti (SBN 258541)     Jill J. Parker (SBN 274230)
    mike@righettilaw.com                 jill@aiwazian.com
10  RIGHETTI • GLUGOSKI P.C.             LAWYERS for JUSTICE PC
    456 Montgomery Street, Suite 1400    410 West Arden Avenue, Suite 203
11  San Francisco, California 94104      Glendale, California 91203
    Telephone:  (415) 983-0900           Telephone:  (818) 265-1020
12  Facsimile:  (415) 397-9005           Facsimile:  (818) 265-1021
```

Attorneys for Plaintiff FATEMEH KHALILI

[*Counsel of Record Appear on Following Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH KHALILI, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMERICA BANK, a Texas corporation; COMERICA INCORPORATED, a Delaware corporation; AND COMERICA MANAGEMENT COMPANY, INC., a Michigan Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  CV 11-0759 SC<br><br>Hon. Samuel Conti<br><br>**STIPULATION RE: DISMISSAL WITH PREJUDICE;** ~~[PROPOSED]~~ **ORDER**<br><br>Complaint Filed: February 18, 2011 |

KEITH A. JACOBY, Bar No. 150233
SCOTT M. LIDMAN, Bar No. 199433
HEATHER M. DAVIS, Bar No. 239372
ELIZABETH NGUYEN, Bar No. 238571
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Defendants COMERICA BANK, COMERICA INCORPORATED AND COMERICA MANAGEMENT COMPANY (erroneously sued as COMERICA MANAGEMENT COMPANY, INC.)

STIPULATION RE: DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff FATEMEH KHALILI ("Plaintiff") and Defendants COMERICA BANK, COMERICA INCORPORATED and COMERICA MANAGEMENT COMPANY INC. ("Defendants") hereby stipulate and agree to the dismissal of the above-captioned matter with prejudice as to Plaintiff's individual claims and without prejudice to the collective action claims. Each party is to bear its own costs and attorneys' fees, except as provided by agreement.

Dated: October 2, 2012

Respectfully submitted,

Initiative Legal Group APC

By: _____
Raul Perez
Melissa Grant
Arnab Banerjee

Attorneys for Plaintiff Fatemeh Khalili

Dated: October 2, 2012

Respectfully submitted,

Littler Mendelson APC

By: _____
Scott M. Lidman
Keith A. Jacoby

Attorneys for Defendants COMERICA BANK, COMERICA INCORPORATED AND COMERICA MANAGEMENT COMPANY (erroneously sued as COMERICA MANAGEMENT COMPANY, INC.)



IT IS SO ORDERED
Judge Samuel Conti
10/3/12

Page 1
STIPULATION RE: DISMISSAL WITH PREJUDICE

1 **IT IS SO ORDERED.**

2

3

4 Dated: _____

5 _____
Hon. Samuel Conti
Judge of the United States District Court,
Northern District of California

INITIATIVE LEGAL GROUP APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067