Raul Perez (SBN 174687)
RPerez@InitiativeLegal.com
Melissa Grant (SBN 205633)
MGrant@InitiativeLegal.com
Arnab Banerjee (SBN 252618)
ABanerjee@InitiativeLegal.com
INITIATIVE LEGAL GROUP APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:   (310) 861-9051

Matthew Righetti (SBN 121012)
matt@righetti.com
John Glugoski (SBN 191551)
jglugoski@righettilaw.com
Michael C. Righetti (SBN 258541)
mike@righettilaw.com
RIGHETTI • GLUGOSKI P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone:  (415) 983-0900
Facsimile:  (415) 397-9005

Edwin Aiwazian (SBN 232943)
edwin@aiwazian.com
Arby Aiwazian (SBN 269827)
arby@aiwazian.com
Jill J. Parker (SBN 274230)
jill@aiwazian.com
LAWYERS for JUSTICE PC
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:  (818) 265-1020
Facsimile:  (818) 265-1021

Attorneys for Plaintiff FATEMEH KHALILI

[*Counsel of Record Appear on Following Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEMEH KHALILI, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMERICA BANK, a Texas corporation; COMERICA INCORPORATED, a Delaware corporation; AND COMERICA MANAGEMENT COMPANY, INC., a Michigan Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  CV 11-0759 SC<br><br>Hon. Samuel Conti<br><br>**STIPULATION RE: DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Complaint Filed:  February 18, 2011 |

1  KEITH A. JACOBY, Bar No. 150233
   SCOTT M. LIDMAN, Bar No. 199433
2  HEATHER M. DAVIS, Bar No. 239372
   ELIZABETH NGUYEN, Bar No. 238571
3  LITTLER MENDELSON
   A Professional Corporation
4  2049 Century Park East
   5th Floor
5  Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
6  Facsimile:   310.553.5583

7  Attorneys for Defendants COMERICA BANK, COMERICA INCORPORATED
   AND COMERICA MANAGEMENT COMPANY (erroneously sued as
8  COMERICA MANAGEMENT COMPANY, INC.)

1  Pursuant to Fed. R. Civ. P. 41(a), Plaintiff FATEMEH KHALILI
2  ("Plaintiff") and Defendants COMERICA BANK, COMERICA
3  INCORPORATED and COMERICA MANAGEMENT COMPANY INC.
4  ("Defendants") hereby stipulate and agree to the dismissal of the above-
5  captioned matter with prejudice as to Plaintiff's individual claims and without
6  prejudice to the collective action claims. Each party is to bear its own costs and
7  attorneys' fees, except as provided by agreement.

Dated:  October 2, 2012

Respectfully submitted,

Initiative Legal Group APC

By: _____
Raul Perez
Melissa Grant
Arnab Banerjee

Attorneys for Plaintiff Fatemeh Khalili

Dated:  October 2, 2012

Respectfully submitted,

Littler Mendelson APC

By: _____
Scott M. Lidman
Keith A. Jacoby

Attorneys for Defendants COMERICA BANK, COMERICA INCORPORATED AND COMERICA MANAGEMENT COMPANY (erroneously sued as COMERICA MANAGEMENT COMPANY, INC.)



IT IS SO ORDERED
Judge Samuel Conti
10/3/12
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Samuel Conti
Judge of the United States District Court,
Northern District of California